IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH ROZALIA WALKER, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ANDREW SAUL, § <br> Commissioner of Social Security, § <br> Defendant. § | Case No. 4:20-cv-03360 |

### ORDER

Pending before the Court is Defendant's Unopposed Third Motion to Extend Deadline for Filing Answer (Doc. 14).  IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until June 7, 2021, to file his answer, along with the certified administrative transcript, or to otherwise respond to Plaintiff's complaint.

Dated this  6th  day of  April, 2021 .

_____
SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE